IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID A. URBAN, ) | |
| Plaintiff and Counterclaim Defendant, ) | |
| ) | |
| v. ) | No. 03-CV-6630 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant, Counterclaimant, and ) | Judge Holderman |
| Third-Party Plaintiff, ) | Magistrate Judge Ashman |
| ) | |
| ) | |
| ) | |
| SAMY HAMMAD, ) | |
| Additional Counterclaim Defendant and ) | |
| Third-Party Defendant. ) | |

DOCKETED
OCT 27 2004

FILED
OCT 1 2 2004 rq

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AMENDED NOTICE OF MOTION

**TO:** See attached service list

**PLEASE TAKE NOTICE THAT** on October 26, 2004, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Judge Martin C. Ashman, or a judge sitting in his stead, in Courtroom 1386, of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL, and then and there present the enclosed **MOTION TO DEEM ADMITTED PLAINTIFF AND COUNTERCLAIM DEFENDANT DAVID A. URBAN'S FIRST REQUEST FOR ADMISSIONS TO COUNTERCLAIM AND THIRD-PARTY DEFENDANT SAMY HAMMAD**, a copy of which is attached hereto and hereby served upon you.

A.G. ORLOWSKY, LTD.
Attorneys for Plaintiff David A. Urban
630 Dundee Road, Suite 125
Northbrook, IL 60062
847/291-9771
Facsimile: 847/291-9774

A.G. ORLOWSKY, LTD.

By: _____

**SERVICE LIST**
*David A. Urban v. United States of America*
Case No. 03 C 6630
5-23-17848
CMN 2004100028

Bartholomew Cirenza, Trial Attorney
CTS, Northern Region
Tax Division
Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Facsimile: 202/514-5238

Ignacio D. Maramba
Ariel Weissberg
401 S. LaSalle Street, Suite 403
Chicago, IL 60605
Facsimile: 312/663-1514
*Attorney for Defendant Samy Hammad*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID A. URBAN,<br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant, Counterclaimant, and<br>    Third-Party Plaintiff,<br><br><br><br>SAMY HAMMAD,<br>    Additional Counterclaim Defendant and<br>    Third-Party Defendant. | No. 03-CV-6630<br><br>Judge Holderman<br>Magistrate Judge Ashman |

## CERTIFICATE OF SERVICE

**TO:** See attached service list

I, Patricia L. Deemer, an attorney, do hereby certify that I served the following:
- **Motion to Deem Admitted Plaintiff and Counterclaim Defendant David A. Urban's First Request for Admissions to Counterclaim and Third-Party Defendant Samy Hammad** (previously served upon you on October 6, 2004 via facsimile and first class mail ;
- Copy of Judge Holderman's order transferring to magistrate; and
- Amended Notice of Motion thereof.

upon the parties identified in the attached service list by forwarding the same via facsimile and Regular U.S. Mail, from 630 Dundee Road, Northbrook, Illinois, on the 7th day of **October, 2004**, before 5:00 p.m., postage prepaid, in a properly addressed, sealed and secure envelope.

**A.G. ORLOWSKY, LTD.**
Attorneys for Plaintiff David A. Urban
630 Dundee Road, Suite 125
Northbrook, IL 60062
847/291-9771
Facsimile: 847/291-9774

**A.G. ORLOWSKY, LTD.**

By: _____

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    2725
CONNECTION TEL                      12025145238
SUBADDRESS
CONNECTION ID           US DEPT OF JUSTI
ST. TIME                10/07 15:16
USAGE T                 01'02
PGS. SENT                   7
RESULT                     OK
```

# A. G. Orlowsky, Ltd.
## FAX TRANSMITTAL SHEET

Alan Q. Orlowsky, J.D., CPA

*Legal Associate:*
Patricia L. Deemer, J.D.

*Staff Accountants::*
Sophia Ma, B.S

*Of Counsel:*
Allen R. Perl
Christopher M. Goodsnyder

630 Dundee Road -Suite 125
Northbrook, Illinois 60062
Tel: (847) 291-9771
Fax: (847) 291-9774

E-mail AGOLTD@AOL.COM

*Administrative Assistants:*
Cherie L. Lindskog
Karen A. Greenfield
Angela O. Mollison

Date:     October 7, 2004

To:       Bartholomew Cirenza          202/514-5238

From:     Patricia L. Deemer, Attorney at Law

Subject:  David A. Urban v. United States, No. 03-CV-6630 (N.D. Ill.)

Number of Pages including this one: (7) page(s)

Message:

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    2726
CONNECTION TEL                        13126631514
SUBADDRESS
CONNECTION ID
ST. TIME                 10/07 15:17
USAGE T                  02'23
PGS. SENT                    7
RESULT                      OK
```

# A. G. Orlowsky, Ltd.
## FAX TRANSMITTAL SHEET

Alan G. Orlowsky, J. D., CPA

Legal Associate:
Patricia L. Deemer, J.D.

Staff Accountants:
Sophia Ma, B.S

630 Dundee Road -Suite 125
Northbrook, Illinois 60062
Tel: (847) 291-9771
Fax: (847) 291-9774

E-mail AGOLTD@AOL.COM

Administrative Assistants:
Cherie L. Lindskog
Karen A. Greenfield
Angela O. Mollison

Of Counsel:
Allen R. Perl
Christopher M. Goodsnyder

Date:     October 7, 2004

To:       Ariel Weissberg, Ignacio Marumba         312/663-1514

From:     Patricia L. Deemer, Attorney at Law

Subject:  David A. Urban v. United States, No. 03-CV-6630 (N.D. Ill.)

Number of Pages including this one: ( 7 ) page(s)

Message: