(Rev. 08/00)

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

RECEIVED JAN - 6 2006

| | | |
|---|---|---|
| DAVID A. URBAN, Plaintiff and Counterclaim Defendant, | DOCKET NUMBER: | 03-CV-6630 |
| | ASSIGNED JUDGE: | Judge Holderman |
| v. | | |
| UNITED STATES OF AMERICA, Defendant, Counterclaimant, and Third-Party Plaintiff, v. SAMY HAMMAD, Additional Counterclaim | DESIGNATED MAGISTRATE JUDGE: | Judge Ashman |

FILED APR 18 2005 JUDGE JAMES F. HOLDERMAN UNITED STATES DISTRICT COURT

NAME OF PARTY OR PARTIES:

SAMY HAMMAD, Additional Counterclaim Defendant and Third-Party Defendant

In accordance with the provisions of Title 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.

01/04/05
Date

Signature

Note: Please mail or deliver completed copies to the Office of the Clerk, United States District Court, 219 South Dearborn St., Room 2018, Chicago, IL 60604